*eral Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 294. WESTOVER, TRUSTEE, *v.* VALLEY NATIONAL BANK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander B. Baker* for petitioner. *Messrs. John L. Gust* and *W. L. Barnum* for respondent.

No. 298. WERTZ, TRUSTEE, *v.* NATIONAL CITY BANK OF EVANSVILLE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank W. Cottle* for petitioner. *Mr. Isidor Kahn* for respondent.

No. 301. TIMKEN-DETROIT AXLE Co. *v.* LEMPCO PRODUCTS, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey* and *William A. Strauch* for petitioner.

No. 302. BALINOVIC *v.* EVENING STAR NEWSPAPER CO. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Alvin L. Newmyer, David G. Bress,* and *Lewis H. Shapiro* for petitioner. *Messrs. Edmund L. Jones* and *George Monk* for respondent.

No. 303. WILLIAMS *v.* GOLDEN, MARSHAL. October 14, 1940. Petition for writ of certiorari to the Supreme